IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Civil Action No: 11-60391-CIV-Graham/Goodman

ACCESS FOR THE DISABLED, INC.,
ROBERT COHEN, and PATRICIA
KENNEDY,

           Plaintiffs,

v.

RICHSTEPH, INC., a Florida
Corporation

           Defendant.
_____/

## NOTICE OF SETTLEMENT

Plaintiffs, ACCESS FOR THE DISABLED, INC., ROBERT COHEN, and PATRICIA KENNEDY (collectively "Plaintiffs"), by and through the undersigned counsel, hereby notify this Court that they have reached settlement of all issues pertaining to their case against Defendant, RICHSTEPH, INC. ("Defendant").

Counsel for Plaintiffs is presently preparing a formal settlement agreement for signature by all parties and intends to file a stipulation for dismissal when the agreement is signed by all required to do so, which he anticipates will be no more than ten (10) days from the date hereof.

Respectfully submitted this 22nd day of June, 2011.

                                                  /s/Douglas S. Schapiro
                                                  Bradley H. Trushin, Esq.
                                                  Florida Bar No. 816371
                                                  Douglas S. Schapiro

Fla. Bar #54538  
Chepenik & Trushin, LLP  
Attorneys for Plaintiffs  
12550 Biscayne Boulevard  
Suite 904  
Miami, FL  33181  
Tele: 305-981-8889  
Fax: 305-405-7979  

## CERTIFICATE OF SERVICE

**WE HEREBY CERTIFY** that a true and correct copy of the foregoing was sent via facsimile and U.S. Mail this 22nd day of June, 2011 to:  Ellen M. Liebovitch, Shapiro, Blasi, Wasserman, & Gora, P.A., 7777 Glades Rd., Suite 400, Boca Raton, Florida 33434 and filed electronically with the Court using CM/ECF.

/s/Douglas S. Schapiro  
Bradley H. Trushin, Esq.  
Florida Bar No. 816371  
Douglas S. Schapiro  
Fla. Bar #54538  
Chepenik & Trushin, LLP  
Attorneys for Plaintiffs  
12550 Biscayne Boulevard  
Suite 904  
Miami, FL  33181  
Tele: 305-981-8889  
Fax: 305-405-7979  