UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

Case No. 11-60391-CIV-GRAHAM/GOODMAN

ACCESS FOR THE DISABLED, INC.,
ROBERT COHEN, and
PATRICIA KENNEDY,

    Plaintiffs,

vs.

RICHSTEPH, INC.,

    Defendants.
_____/



**NOTICE OF COURT PRACTICE UPON**
**NOTICE OF SETTLEMENT AND ORDER CLOSING CASE**

    **THIS CAUSE** came before the Court upon Plaintiff's Notice of Settlement [D.E.15], which was filed on June 22, 2011 and Plaintiffs' Motion for Clarification of Court's Order on Default Procedure [D.E. 16] . Based thereon,

    **THE PARTIES** are hereby notified that, within ten (10) days of the date of this Order, they must file a Stipulation or Notice of Dismissal, Settlement Agreement, or any other pertinent document necessary to conclude this action. It is further

    **ORDERED AND ADJUDGED** that Plaintiffs' Motion for Clarification of Court's Order on Default Procedure [D.E. 16] is **GRANTED**. This Court's Order [D.E. 10] directing Plaintiffs to seek a Clerk's Default is **VACATED** as moot.

    **ORDERED AND ADJUDGED** that this action shall be **CLOSED for**

**administrative purposes**, and any pending motions not addressed by this Order are **DENIED** as moot.  It is further

**ORDERED AND ADJUDGED** that the Court retains jurisdiction for sixty (60) days to enforce the terms of the Settlement Agreement.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 27th day of June, 2011.

s/Donald L. Graham
DONALD L. GRAHAM
UNITED STATES DISTRICT JUDGE

cc:  Magistrate Judge Goodman